

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2018

No. 04-18-00553-CR

Nicole Patrice **SELECTMAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9689
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

    The court reporter's request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on **November 26, 2018**.

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court